| | | | | | For Court Use Only |
|---|---|---|---|---|---|

*Attorney or Party without Attorney:*
Samuel H. Rudman, Esq.
Coughlin Stoia Geller Rudman
& Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
*Telephone No:* 631-367-7100        *FAX No:* 631-367-1173

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Southern District Of New York

*Plaintiff:* Brickman Investments, Inc., et al

*Defendant:* Security Capital Assurance LTD., et al

| **AFFIDAVIT OF SERVICE** **Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 07CV11086 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Case; Complaint

3.  a. *Party served:*          Goldman Sachs & Co.
    b. *Person served:*         Randell Fryman, Vice President/Person Authorized to Accept Service

4.  *Address where the party was served:*      1 New York Plz
                                               New York, NY  10004

5.  *I served the party:*
    a.  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jan. 10, 2008 (2) at: 3:43PM

7. *Person Who Served Papers:*
   a. Connie  Asaro
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA  95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of
New York that the foregoing is true and correct.

*1-11-08*
*(Date)*

*Connie Asaro (Signature)*

8.  **SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.**

My Commission Expires ___02/03/10___
                              *(Date)*

**AFFIDAVIT OF SERVICE**
Summons & Complaint

*(Notary Public))*

*sarid.102117*

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20 *10*

JAN 18 2008