| *Attorney or Party without Attorney:* | *For Court Use Only* |
|---|---|
| Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>*Telephone No:* 631-367-7100    *FAX No:* 631-367-1173 | |

| | | |
|---|---|---|
| | *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | | |

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court - Southern District Of New York

*Plaintiff:* Brickman Investments, Inc., et al

*Defendant:* Security Capital Assurance LTD., et al

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV11086 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Case; Complaint

| 3.  a. *Party served:*<br>    b. *Person served:* | J.P. Morgan Securities Inc.<br>Linda A. Platone, Person Authorized to Accept Service |
|---|---|

| 4. *Address where the party was served:* | One Chase Manhattan Plaza<br>New York, NY 10005 |
|---|---|

5. *I served the party:*

a.  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jan. 10, 2008 (2) at: 12:36PM

**7. *Person Who Served Papers:***
a. Connie Asaro
**b. Class Action Research &**
Litigation Support Services, Inc.
P O Box 740
Penryn, CA 95663
c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

1-11-08
*(Date)*

*(Signature)*

8.  ***SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.*

My Commission Expires 02/03/10
*(Date)*

**MICHAEL KEATING**
**Notary Public, State of New York**
**Reg. No. 01-KE-4851559**
**Qualified in New York County**
**Commission Expires February 3, 20 10**

AFFIDAVIT OF SERVICE
Summons & Complaint

*(Notary Public)*

sarud102115

JAN 18 2008