UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
BRICKMAN INVESTMENTS, INC.,
Individually and On Behalf of All Others
Similarly Situated,

                Plaintiff,

v.

SECURITY CAPITAL ASSURANCE LTD,
PAUL S. GIORDANO, DAVID P. SHEA,
GOLDMAN, SACHS & CO., J.P. MORGAN
SECURITIES INC., MERRILL LYNCH,
PIERCE, FENNER & SMITH INC. and XL
INSURANCE LTD,

                Defendants.
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2008

07 Civ. 11086 (DAB)

### STIPULATION AND [PROPOSED] ORDER
### EXTENDING TIME TO RESPOND TO COMPLAINT

TO THE HONORABLE COURT:

    IT IS HEREBY STIPULATED AND AGREED, by counsel for the parties listed below, that:

    1.    No defendant in the above-captioned action shall be required to respond to the Complaint in this case until 60 days after the later of (i) the appointment of lead plaintiff(s) and lead counsel pursuant to the provisions of the Private Securities Litigation Reform Act of 1995 or (ii) the filing of a consolidated amended complaint, subject to any further Orders of this Court.



2.     Following entry of an order appointing of lead plaintiff(s) and lead counsel, lead plaintiff(s) shall have 60 days to file a consolidated amended complaint, subject to any further Orders of this Court.

3.     By entering into this stipulation, defendants do not waive any defenses that otherwise could be asserted through a motion pursuant to Fed. R. Civ. P. 12 or otherwise.

Dated: New York, New York
       January 29, 2008

COUGHLIN, STOIA, GELLER, RUDMAN
& ROBBINS, LLP
Samuel H. Rudman
Mario Alba
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173

Attorneys for Plaintiff

Dated: New York, New York
January 29, 2008

_____
DEBEVOISE & PLIMPTON LLP
Mark P. Goodman (MG3848)
Elliot Greenfield (EG1248)
919 Third Avenue
New York, New York 10022
(212) 909-6000
Fax: (212) 909-6836

Attorneys for Defendants Security Capital
Assurance Ltd, Paul S. Giordano, and
David P. Shea

Dated: New York, New York
January 27, 2008

_____
CLIFFORD CHANCE US LLP
James B. Weidner
Jeff E. Butler
31 West 52nd Street
New York, New York 10019
(212) 878-8000
Fax: (212) 878-8375

Attorneys for Defendants Goldman, Sachs &
Co., J.P. Morgan Securities Inc., and Merrill
Lynch, Pierce, Fenner & Smith Inc.

Dated: New York, New York
January 29, 2008

_____
CAHILL GORDON & REINDEL LLP
Howard G. Sloane
David G. Januszewski
80 Pine Street
New York, New York 10005
(212) 701-3000
Fax: (212) 269-5420
Attorneys for Defendant XL Insurance Ltd

**SO ORDERED**

*Deborah A. Batts*   1/30/2008
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

3