**COUGHLIN STOIA GELLER RUDMAN & ROBBINS** LLP

SAN DIEGO · SAN FRANCISCO
NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
LOS ANGELES · PHILADELPHIA

David A. Rosenfeld
DRosenfeld@csgrr.com



January 29, 2008

VIA OVERNIGHT MAIL

Honorable Deborah A. Batts
United States District Court
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

Re: *Brickman Investments, Inc., et al. v. Security Capital Assurance Ltd., et al.*,
Case No. 1:07-cv-11086-DAB

Dear Judge Batts:

My firm has recently been retained to represent certain investors who wish to make a motion for appointment as lead plaintiff in the above-referenced action. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), this motion must be made by any class member who wishes to seek appointment as a lead plaintiff, whether or not they have previously filed a complaint in these actions, no later than 60 days following the publication of the first notice that was issued advising investors of the pendency of these actions. 15 U.S.C. §§ 78u-4(a)(3)(A) and (B). This notice was issued on December 7, 2007; accordingly, our clients must file their motion no later than February 5, 2008.

Your Honor's Individual Practices, however, require that "[f]or motions other than discovery motions, a pre-motion conference with the court is required before making any motion ...." Because of the strict deadline imposed by the PSLRA, we respectfully request leave from complying with this practice so that we may file our motion on February 5, 2008.

Respectfully submitted,

David A. Rosenfeld

cc: Jeff Butler (via facsimile)
Elliot Greenfield (via facsimile)

**SO ORDERED**

Deborah A. Batts 1/31/2008
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

58 South Service Road, Suite 200 · Melville, New York 11747 · 631.367.7100 · Fax 631.367.1173 · www.csgrr.com

