UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BRICKMAN INVESTMENTS, INC., Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SECURITY CAPITAL ASSURANCE LTD., et al.,<br><br>　　　　　Defendants. | : : : : : : : : : : : : : : : |
| 2 WEST, INC., On Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SECURITY CAPITAL ASSURANCE LTD., et al.,<br><br>　　　　　Defendants. | : : : : : : : : : : : : : |

Civil Action No. 1:07-cv-11086-DAB

CLASS ACTION

Civil Action No. 1:07-cv-11358-DAB

CLASS ACTION

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS
AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

|  |  |
|---|---|
| ROBERT CLARKE, Individually and On Behalf of All Others Similarly Situated, | : Civil Action No. 1:08-cv-00158-DAB |
| Plaintiff, | : CLASS ACTION |
| vs. | : |
| SECURITY CAPITAL ASSURANCE LTD., et al., | : |
| Defendants. | : |

PLEASE TAKE NOTICE that Institutional Investors United Food & Commercial Workers Union Local 655, AFL-CIO, Food Employers Joint Pension Plan ("United Food & Commercial Workers Pension Plan") and District No. 9, I.A. of M. & A.W. Pension Trust ("District No. 9 Pension Trust") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing United Food & Commercial Workers Pension Plan and District No. 9 Pension Trust as Lead Plaintiffs; (iii) approving United Food & Commercial Workers Pension Plan and District No. 9 Pension Trust's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, United Food & Commercial Workers Pension Plan and District No. 9 Pension Trust submit herewith a Memorandum of Law and Declaration of Mario Alba Jr., dated February 5, 2008.

DATED: February 5, 2008
COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP

/s/ *Mario Alba Jr.*
MARIO ALBA JR.

SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

I:\Security Capital Assurance\LP Motion\LP Motion.doc

- 1 -

**CERTIFICATE OF SERVICE**

I, Mario Alba Jr., hereby certify that, on February 5, 2008, I caused a true and correct copy of the attached:

> Notice of Motion for Consolidation, Appointment as Lead Plaintiffs and for Approval of Selection of Lead Counsel;
>
> Memorandum of Law in Support of the Motion of United Food & Commercial Workers Union Local 655, AFL-CIO, Food Employers Joint Pension Plan and District No. 9, I.A. of M. & A.W. Pension Trust for Consolidation, Appointment as Lead Plaintiffs and for Approval of Selection of Lead Counsel; and
>
> Declaration of Mario Alba Jr. in Support of the Motion of United Food & Commercial Workers Union Local 655, AFL-CIO, Food Employers Joint Pension Plan and District No. 9, I.A. of M. & A.W. Pension Trust for Consolidation, Appointment as Lead Plaintiffs and for Approval of Selection of Lead Counsel,

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

                                                                                         */s/ Mario Alba Jr.*
                                                                                         Mario Alba Jr.

SECURITY CAPITAL ASSURANCE 07

Service List - 2/4/2008   (07-0272)

Page 1 of 2

**Counsel For Defendant(s)**

| | |
|---|---|
| Howard G. Sloane | James B. Weidner |
| David G. Januszewski | Jeff E. Butler |
| Cahill Gordon & Reindel LLP | Clifford Chance US LLP |
| 80 Pine Street | 31 West 52nd Street |
| New York, NY  10005-1702 | New York, NY  10019 |
|    212/701-3000 |    212/878-8000 |
|    212/269-5420 (Fax) |    212/878-8375 (Fax) |

Mark P. Goodman
Elliot Greenfield
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022
   212/909-6000
   212/909-6836 (Fax)

**Counsel For Plaintiff(s)**

| | |
|---|---|
| Jack G. Fruchter | Evan J. Smith |
| Abraham, Fruchter & Twersky | Brodsky & Smith, LLC |
| One Pennsylvania Plaza, Suite 2805 | 240 Mineola Blvd., 1st Floor |
| New York, NY  10119 | Mineola, NY  11501 |
|    212/279-5050 |    516/741-4977 |
|    212/279-3655 (Fax) |    516/741-0626 (Fax) |
| | |
| Samuel H. Rudman | Richard A. Maniskas |
| David A. Rosenfeld | D. Seamus Kaskela |
| Mario Alba, Jr. | David M. Promisloff |
| Coughlin Stoia Geller Rudman & Robbins LLP | Schiffrin Barroway Topaz & Kessler, LLP |
| 58 South Service Road, Suite 200 | 280 King of Prussia Road |
| Melville, NY  11747 | Radnor, PA  19087 |
|    631/367-7100 |    610/667-7706 |
|    631/367-1173 (Fax) |    610/667-7056 (Fax) |

SECURITY CAPITAL ASSURANCE 07
Service List - 2/4/2008    (07-0272)
Page 2 of 2

| | |
|---|---|
| Kevin M. McGee | Richard A. Speirs |
| Zwerling, Schachter & Zwerling, LLP | Zwerling, Schachter & Zwerling, LLP |
| 595 South Federal Highway, Suite 600 | 41 Madison Avenue, 32nd Floor |
| Boca Raton, FL  33432 | New York, NY  10010 |
|    561/544-2500 |    212/223-3900 |
|    561/544-2501 (Fax) |    212/371-5969 (Fax) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BRICKMAN INVESTMENTS, INC., Individually and On Behalf of All Others Similarly Situated, | : Civil Action No. 1:07-cv-11086-DAB |
| | : CLASS ACTION |
| Plaintiff, | : |
| vs. | : |
| SECURITY CAPITAL ASSURANCE LTD., et al., | : |
| Defendants. | : |
| 2 WEST, INC., On Behalf of Itself and All Others Similarly Situated, | : Civil Action No. 1:07-cv-11358-DAB |
| | : CLASS ACTION |
| Plaintiff, | : |
| vs. | : |
| SECURITY CAPITAL ASSURANCE LTD., et al., | : |
| Defendants. | : |

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFFS AND APPROVING SELECTION OF LEAD COUNSEL

|  | x |  |
|---|---|---|
| ROBERT CLARKE, Individually and On Behalf of All Others Similarly Situated, | : | Civil Action No. 1:08-cv-00158-DAB |
|  | : |  |
|  | : | <u>CLASS ACTION</u> |
| Plaintiff, | : |  |
|  | : |  |
| vs. | : |  |
|  | : |  |
| SECURITY CAPITAL ASSURANCE LTD., et al., | : |  |
|  | : |  |
|  | : |  |
| Defendants. | : |  |
|  | x |  |

Having considered the Motion of United Food & Commercial Workers Union Local 655, AFL-CIO, Food Employers Joint Pension Plan ("United Food & Commercial Workers Pension Plan") and District No. 9, I.A. of M. & A.W. Pension Trust ("District No. 9 Pension Trust") for Consolidation, Appointment as Lead Plaintiffs and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr., in support thereof, and good cause appearing therefor:

1. The Actions are hereby consolidated;

2. United Food & Commercial Workers Pension Plan and District No. 9 Pension Trust are hereby appointed Lead Plaintiffs for the Class pursuant to Section 27 of the Securities Act of 1933 and Section 21D of the Securities Exchange Act of 1934; and

3. The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: _____        _____
                                    THE HONORABLE DEBORAH A. BATTS
                                    UNITED STATES DISTRICT JUDGE

I:\Security Capital Assurance\LP Motion\LP Order.doc