UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRICKMAN INVESTMENTS, INC., Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:07-cv-11086-DAB |
| Plaintiff, | CLASS ACTION |
| vs. | |
| SECURITY CAPITAL ASSURANCE LTD., et al., | |
| Defendants. | |
| 2 WEST, INC., On Behalf of Itself and All Others Similarly Situated, | Civil Action No. 1:07-cv-11358-DAB |
| Plaintiff, | CLASS ACTION |
| vs. | |
| SECURITY CAPITAL ASSURANCE LTD., et al., | |
| Defendants. | |

REPLY MEMORANDUM IN FURTHER SUPPORT OF THE MOTION OF UNITED FOOD
& COMMERCIAL WORKERS UNION LOCAL 655, AFL-CIO, FOOD EMPLOYERS JOINT
PENSION PLAN AND DISTRICT NO. 9, I.A. OF M. & A.W. PENSION TRUST FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND FOR APPROVAL OF
SELECTION OF LEAD COUNSEL

| | |
|---|---|
| ROBERT CLARKE, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>SECURITY CAPITAL ASSURANCE LTD., et al.,<br><br>      Defendants. | Civil Action No. 1:08-cv-00158-DAB<br><br>CLASS ACTION |

Institutional Investors United Food & Commercial Workers Union Local 655, AFL-CIO, Food Employers Joint Pension Plan ("United Food & Commercial Workers Pension Plan") and District No. 9, I.A. of M. & A.W. Pension Trust ("District No. 9 Pension Trust") respectfully submit this reply memorandum of law in further support of their motion for consolidation of the above-captioned related actions, appointment as Lead Plaintiffs, approval of their selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") to serve as Lead Counsel and in response to the opposition memoranda filed by Employees' Retirement System of the State of Rhode Island ("Rhode Island System") and HGK Asset Management, Inc. ("HGK").

In their opposition memoranda, neither Rhode Island System nor HGK raise any issues about the adequacy or typicality of United Food & Commercial Workers Pension Plan and District No. 9 Pension Trust to represent the interests of the class in this action or the proper calculation of their financial interest. By contrast, legitimate concerns have been raised with respect to the motions of both Rhode Island System and HGK.

As detailed in United Food & Commercial Workers Pension Plan and District No. 9 Pension Trust's memorandum in further support of their motion,[1] Rhode Island System appears to have potential conflicts of interest with defendant Security Capital Assurance Ltd. ("Security Capital Assurance" or the "Company"), and/or its subsidiary XL Capital Assurance, since Security Capital Assurance and/or XL Capital Assurance insure municipal bonds that have been issued by the State of Rhode Island or an entity with which it is affiliated. *See* Opp. Brief at *2, *5-*6. Because Rhode Island System has not provided sufficient information to respond to these concerns, United Food &

---

[1] *See* Memorandum in Further Support of the Motion of United Food & Commercial Workers Pension Plan and District No. 9 Pension Trust for Consolidation, Appointment as Lead Plaintiffs and for Approval of Selection of Lead Counsel and in Opposition to the Competing Motions, filed February 25, 2008 (the "Opp. Brief").

1

Commercial Workers Pension Plan and District No. 9 Pension Trust had requested permission to seek discovery on this issue, in accordance with 15 U.S.C. §78u-4(a)(3)(B)(iv). *See* Opp. Brief at *6, n.2. [2] That request continues.

United Food & Commercial Workers Pension Plan and District No. 9 Pension Trust also raised serious doubts about HGK's ability to serve as a fiduciary to a class of investors based on its surprise and unexplained withdrawal after two years of litigation as the sole lead plaintiff for investors in the securities class action against Williams Companies – *In re Williams Securities Litigation*, Case No. 02-CV-72-H(M) (N.D. Okla.), *see* Opp. Brief at *2-*3, *6-*7, and its failure to properly report its proper financial interest in this litigation. *Id*. at *3, *9-*10. Moreover, HGK appears to only be seeking to represent a class of bondholders in this action and not the class of investors as a whole – an effort at splintering the litigation at this early stage, which is routinely rejected. *See Hevesi v. Citigroup Inc.,* 366 F.3d 70, 82 (2d Cir. 2004) ("[n]othing in the PSLRA indicates that district courts must choose a lead plaintiff with standing to sue on every available cause of action."); *see also In re Cendant Corp. Litig.*, 182 F.R.D. 144, 148 (D.N.J. 1998) ("every warrior in this battle cannot be a general").

In light of these concerns, the only movant who properly satisfies the requirements of the PSLRA in this litigation is United Food & Commercial Workers Pension Plan and District No. 9 Pension Trust. Accordingly, it is respectfully submitted that their motion be granted in full and the competing motions be denied.

---

[2] Indeed, Rhode Island System itself recognizes the need for limited discovery in this type of situation, as it made a similar request for permission to obtain discovery from HGK concerning HGK's investment agreement with HGK's clients. *See* Memorandum of Law in Further Support of the Motion of Employees' Retirement System of the State of Rhode Island for Consolidation, Appointment as Lead Plaintiff, and Approval of Its Selection of Counsel, and in Opposition to Competing Motions at *2, *6, dated February 25, 2008.

| | |
|---|---|
| DATED: March 6, 2008 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |

                                                      /s/ *David A. Rosenfeld*
                                            DAVID A. ROSENFELD

                                            SAMUEL H. RUDMAN
                                            DAVID A. ROSENFELD
                                            MARIO ALBA JR.
                                            58 South Service Road, Suite 200
                                            Melville, NY 11747
                                            Telephone: 631/367-7100
                                            631/367-1173 (fax)

                                            [Proposed] Lead Counsel for Plaintiffs

I:\Security Capital Assurance\LP Motion\LP Reply.doc

## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on March 6, 2008, I caused a true and correct copy of the attached:

Reply Memorandum in Further Support of the Motion of United Food & Commercial Workers Union Local 655, AFL-CIO, Food Employers Joint Pension Plan and District No. 9, I.A. of M. & A.W. Pension Trust for Consolidation, Appointment as Lead Plaintiffs and for Approval of Selection of Lead Counsel,

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

                                                                            */s/ David A. Rosenfeld*
                                                                              David A. Rosenfeld

SECURITY CAPITAL ASSURANCE 07

Service List - 2/25/2008   (07-0272)

Page 1 of 2

**Counsel For Defendant(s)**

Howard G. Sloane
David G. Januszewski
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY  10005-1702
  212/701-3000
  212/269-5420 (Fax)

James B. Weidner
Jeff E. Butler
Clifford Chance US LLP
31 West 52nd Street
New York, NY  10019
  212/878-8000
  212/878-8375 (Fax)

Mark P. Goodman
Elliot Greenfield
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022
  212/909-6000
  212/909-6836 (Fax)

**Counsel For Plaintiff(s)**

Jack G. Fruchter
Abraham, Fruchter & Twersky
One Pennsylvania Plaza, Suite 2805
New York, NY  10119
  212/279-5050
  212/279-3655 (Fax)

Sandy A. Liebhard
Gregory M. Egleston
Joseph R. Seidman, Jr.
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY  10016
  212/779-1414
  212/779-3218 (Fax)

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
  516/741-4977
  516/741-0626 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
  631/367-7100
  631/367-1173 (Fax)

SECURITY CAPITAL ASSURANCE 07

Service List - 2/25/2008   (07-0272)

Page 2 of 2

Richard A. Maniskas
D. Seamus Kaskela
David M. Promisloff
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)

Ashley Kim
Christopher Lometti
Schoengold, Sporn, Laitman & Lometti, P.C.
19 Fulton Street, Suite 406
New York, NY  10038
   212/964-0046
   212/267-8137 (Fax)

Kevin M. McGee
Zwerling, Schachter & Zwerling, LLP
595 South Federal Highway, Suite 600
Boca Raton, FL  33432
   561/544-2500
   561/544-2501 (Fax)

Richard A. Speirs
Zwerling, Schachter & Zwerling, LLP
41 Madison Avenue, 32nd Floor
New York, NY  10010
   212/223-3900
   212/371-5969 (Fax)