AO 458 (Rev. 10/95) Appearance

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

BRICKMAN INVESTMENTS, INC.,
On Behalf of Itself
And All Others Similarly Situated,                    No. 07-CV-11086 (DAB)

            Plaintiffs,

                                                                                                                  APPEARANCE

       V.

SECURITY CAPITAL ASSURANCE LTD.,
PAUL S. GIORDANO, DAVID SHEA,
GOLDMAN, SACHS & CO., J.P. MORGAN
SECURITIES INC., MERRILL LYNCH,
PIERCE, FENNER & SMITH
INCORPORATED and XL INSURANCE LTD.

           Defendants.

To the Clerk of this court and all parties of record:

    Enter my appearance as Attorney To Be Noticed in this case for:

    **Movant, HGK Asset Management, Inc.**

    I certify that I am admitted to practice in this court.

**March 10, 2008**                                    **/s/ Frank R. Schirripa**
Date                                                   Signature

                                                     **Frank R. Schirripa**                    **FS-1960**
                                                     Print Name                               Bar No.

                                                     **Schoengold Sporn Laitman & Lometti, P.C.**
                                                     Firm

                                                     **19 Fulton Street, Suite 406**
                                                     Address

                                                   **New York**                  **NY**              **10038**
                                                   City                         State              Zip Code

                                                   **(212) 964-0046**                  **(212) 687-8137**
                                                   Phone No.                          Fax. No.