UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SECURITY CAPITAL ASSURANCE LTD. SECURITIES LITIGATION | 07 Civ. 11086 (DAB) |

## NOTICE OF APPEARANCE OF REBECCA M. KATZ

TO:   The Clerk of Court and All Parties of Record:

PLEASE ENTER MY APPEARANCE as counsel in this case for Lead Plaintiff Employees' Retirement System of the State of Rhode Island.  I certify that I am admitted to practice in this court.

Dated: May 7, 2008

_____s/_____
Rebecca M. Katz (*katz@bernlieb.com*)
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
New York, New York 10016
(212) 779-1414

*Counsel for Lead Plaintiff Employees'*
*Retirement System of the State of Rhode Island*

16189v1

## CERTIFICATE OF SERVICE

I hereby certify on this 7th day of May 2008, I served a true and correct copy of the attached NOTICE OF APPEARANCE OF REBECCA M. KATZ by First Class Mail on all parties of record listed below:

**Samuel H. Rudman**
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road,
Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173

**Richard A. Speirs**
Zwerling, Schachter & Zwerling
41 Madison Avenue
New York, NY 10010
Tel: (212) 223-3900
Fax: (212) 371-5969

**Evan J. Smith**
Brodsky & Smith, L.L.C.
240 Mineola Blvd.,
Mineola, NY 11501
Tel: (516) 741-4977

**Mark P. Goodman**
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

**James B. Weidner**
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
Tel: (212) 878-8000
Fax: (212) 878-8375

**Howard G. Sloane**
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
Tel: (212) 701-3000
Fax: (212) 269-5420

                                          _____/s/_____
                                          REBECCA M. KATZ

16189v1