AO 458 (Rev. 10/95) Appearance

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

**BRICKMAN INVESTMENTS, INC.,**
On Behalf of Itself
And All Others Similarly Situated,

No. 07-CV-11086 (DAB)

**Plaintiffs,**

**APPEARANCE**

**V.**

**SECURITY CAPITAL ASSURANCE LTD.,
PAUL S. GIORDANO, DAVID SHEA,
GOLDMAN, SACHS & CO., J.P. MORGAN
SECURITIES INC., MERRILL LYNCH,
PIERCE, FENNER & SMITH
INCORPORATED and XL INSURANCE LTD.**

**Defendants.**

To the Clerk of this court and all parties of record:

Enter my appearance as Attorney To Be Noticed in this case for:

**Movant, HGK Asset Management, Inc.**

I certify that I am admitted to practice in this court.

4/23/08
Date

Signature

**Christopher Lometti, Esq.**          **CL-9124**
Print Name                              Bar No.

**Schoengold Sporn Laitman & Lometti, P.C.**
Firm

**19 Fulton Street, Suite 406**
Address

**New York**          **NY**          **10038**
City                  State           Zip Code

**(212) 964-0046**                    **(212) 687-8137**
Phone No.                             Fax. No.