```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
IN RE SECURITY CAPITAL ASSURANCE LTD                         :  07 Civ. 11086 (DAB)
SECURITIES LITIGATION                                        :
                                                             :
------------------------------------------------------------ X

## STIPULATION AND ORDER

WHEREAS, on April 24, 2008, the Court entered an Order consolidating actions, appointing the Employees' Retirement System of the State of Rhode Island as Lead Plaintiff, and approving its selection of Bernstein Liebhard & Lifshitz, LLP as Lead Counsel (the "Consolidation Order");

WHEREAS, on May 9, 2008, plaintiffs United Food & Commercial Workers Union Local 655, AFL-CIO, Food Employers Joint Pension Plan and District No. 9, I.A. of M. & A.W. Pension Trust filed a motion for reconsideration of the Consolidation Order (the "Motion for Reconsideration");

WHEREAS, on June 12, 2008, the Court entered an Order denying the Motion for Reconsideration;

NOW, THEREFORE, it is hereby STIPULATED AND AGREED by and between the parties by their respective undersigned counsel that:

1.  Lead Plaintiff shall serve and file a Consolidated Amended Complaint on or before July 28, 2008.

2.  Defendants shall answer or otherwise respond to the Consolidated Amended Complaint on or before October 3, 2008.

3. If Defendants file dispositive motions with respect to the Consolidated Amended Complaint, then: (i) Lead Plaintiff shall serve and file its opposition papers on or before December 10, 2008; and (ii) Defendants shall serve and file their reply papers on or before January 24, 2009.

By entering into this stipulation, Defendants do not waive any defenses that otherwise could be asserted through a motion pursuant to Fed. R. Civ. P. 12 or otherwise.

Dated: New York, New York
July 8, 2008

*/s/ Rebecca M. Katz*
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
Stanley D. Bernstein (*bernstein@bernlieb.com*)
Rebecca M. Katz (*katz@bernlieb.com*)
Christian Siebott (*siebott@bernlieb.com*)
10 East 40th Street, 22nd Floor
New York, NY 10016
(212) 779-1414
Fax: (212) 779-3218

Attorneys for Plaintiff

Dated: New York, New York
July 7, 2008

*/s/*
DEBEVOISE & PLIMPTON LLP
Mark P. Goodman (*mpgoodman@debevoise.com*)
Elliot Greenfield (*egreenfield@debevoise.com*)
919 Third Avenue
New York, New York 10022
(212) 909-6000
Fax: (212) 909-6836

Attorneys for Defendants Security Capital Assurance Ltd, Paul S. Giordano, and David P. Shea

2

22768999v1

Dated: New York, New York
July 8, 2008

_____
CLIFFORD CHANCE US LLP
James B. Weidner
(james.weidner@cliffordchance.com)
Jeff E. Butler
(jeff.butler@cliffordchance.com)
31 West 52nd Street
New York, New York 10019
(212) 878-8000
Fax: (212) 878-8375

Attorneys for Defendants Goldman, Sachs & Co., J.P. Morgan Securities Inc., and Merrill Lynch, Pierce, Fenner & Smith Inc.

Dated: New York, New York
July 8, 2008

_____
CAHILL GORDON & REINDEL LLP
Howard G. Sloane (psloane@cahill.com)
David G. Januszewski (djanuszewski@cahill.com)
80 Pine Street
New York, New York 10005
(212) 701-3000
Fax: (212) 269-5420

Attorneys for Defendant XL Insurance Ltd

SO ORDERED this 9th day of July, 2008.

_____
Deborah A. Batts
United States District Judge

22768999v1