David G. Januszewski
Thorn Rosenthal
Howard G. Sloane
Cahill Gordon & Reindel LLP
80 Pine Street
New York, New York 10005
Tel:  (212) 701-3000
Fax:  (212) 269-5420

*Attorneys for Defendants XL Insurance (Bermuda) Ltd and XL Capital Ltd*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SECURITY CAPITAL ASSURANCE LTD SECURITIES LITIGATION | Case No. 07 Civ. 11086 (DAB) (ECF Case) |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the attached Affidavit of Thorn Rosenthal, sworn to September 9, 2010, the Exhibits thereto, and upon the accompanying Memorandum of Law, Defendants XL Insurance (Bermuda) Ltd and XL Capital Ltd will move this Court, before the Honorable Deborah A. Batts, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, on a date and time to be set by the Court, for an Order granting Defendants' Motion to Dismiss the Consolidated Amended Complaint.

Dated:  September 9, 2010          Respectfully submitted,

CAHILL GORDON & REINDEL LLP

By:  s/ Thorn Rosenthal
David G. Januszewski
Thorn Rosenthal
Howard G. Sloane
Eighty Pine Street
New York, New York 10005
(212) 701-3000

*Attorneys for Defendants XL INsurance (Bermuda) Ltd and XL Capital Ltd*