UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                              :
IN RE SECURITY CAPITAL ASSURANCE LTD      :     07 Civ. 11086 (DAB)
SECURITIES LITIGATION                                 :
                                                              :     ECF Case
------------------------------------------------------------------------x

NOTICE OF SECURITY CAPITAL ASSURANCE'S MOTION
TO DISMISS THE FIRST AMENDED CONSOLIDATED COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Elliot Greenfield, the exhibit attached thereto, and all prior pleadings in this action, defendants Security Capital Assurance Ltd, Paul S. Giordano, David P. Shea, Edward B. Hubbard and Richard P. Heberton hereby move, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, to dismiss the First Amended Consolidated Complaint.

This motion is filed in accordance with the Stipulation and Order signed by the Court on July 8, 2010.

23264709v1

Dated:   New York, New York
         September 10, 2010

                        DEBEVOISE & PLIMPTON LLP

                        By : __/s/ Mark P. Goodman_____
                        Mark P. Goodman *(mpgoodman@debevoise.com)*
                        Elliot Greenfield (*egreenfield@debevoise.com*)

                        919 Third Avenue
                        New York, New York 10022
                        Tel: (212) 909-6000
                        Fax: (212) 909-6836

                        Attorneys for Defendants Security Capital Assurance
                        Ltd, Paul S. Giordano, David P. Shea, Edward B.
                        Hubbard and Richard P. Heberton