UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SECURITY CAPITAL ASSURANCE LTD. SECURITIES LITIGATION | 07 Civ. 11086 (DAB) |

## DECLARATION OF JAMES B. WEIDNER

I, James B. Weidner, declare:

1.  I am a member of the Bar of this Court and a Partner at Clifford Chance US LLP, counsel for Defendants Goldman, Sachs & Co., J.P. Morgan Securities Inc. and Merrill Lynch, Pierce, Fenner & Smith Inc. (collectively, the "Secondary Offering Underwriters"). I submit this declaration and the exhibits attached hereto in support of the Secondary Offering Underwriters' Motion to Dismiss.

2.  Attached hereto as Exhibit A is a true and correct copy of the Secondary Offering Prospectus for Security Capital Assurance Ltd. ("SCA"), dated June 6, 2007.

3.  Attached hereto as Exhibit B is a true and correct copy of the *Reuters* article entitled "TIMELINE - The credit crunch of 2007," which was published on November 16, 2007.

4.  Attached hereto as Exhibit C is a true and correct copy of the June 23, 2007 *New York Times* article entitled "$3.2 Billion Move by Bear Stearns to Rescue Fund."

5.  Attached hereto as Exhibit D is a true and correct copy of the June 28, 2007 *MarketWatch* article entitled "Subprime shakeout claims another fund."

6.  Attached hereto as Exhibit E is a true and correct copy of the July 6, 2007 *New York Times* article entitled "After Losses, UBS Ousts Its Chief."

7.  Attached hereto as Exhibit F is a true and correct copy of the December 12, 2007 *Wall Street Journal* article by Alan Greenspan, Chairman of the Federal Reserve Board from 1987 to 2006, entitled "The Roots of the Mortgage Crisis."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 10, 2010

_____
James B. Weidner