USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

IN RE SECURITY CAPITAL ASSURANCE LTD. SECURITIES LITIGATION

---------------------------------------------------------X

07 **CIVIL** 11086(DAB)

**JUDGMENT**

All Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 9 (b) and 12(b)(6), and the matter having come before the Honorable Deborah A. Batts, United States District Judge, and the Court, on September 23, 2011, having rendered its Memorandum and Order granting the motions to dismiss, and dismissing the First Amended Consolidated Complaint, with prejudice, for failure to state a claim upon which relief may be granted, and denying leave to replead, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 23, 2011, the motions to dismiss are granted; the First Amended Consolidated Complaint is dismissed, with prejudice, for failure to state a claim upon which relief may be granted; and leave to replead is denied; accordingly, the case is closed.

**Dated:** New York, New York
September 27, 2011

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON ______